**VIRGINIA:**

**IN THE CIRCUIT COURT OF THE COUNTY OF CHESTERFIELD**

WILLETTE CRENSHAW
Plaintiff,

v.

WALMART INC.
**SERVE**: CT Corporation System
4701 Cox Road- Suite 285
Glen Allen, Virginia 23060
Defendant,

## COMPLAINT

**COMES NOW** the Plaintiff, Willette Crenshaw by Counsel, and moves for Judgement against the Defendant Walmart Inc., (hereinafter Walmart) in the amount of THREE HUNDRED THOUSAND DOLLARS ($300,000.00), plus interest from the date of incident, and costs, all for the reasons stated below.

1. Defendant, Walmart, is a corporation organized under the laws of the State of Delaware, owning and operating Walmart Stores throughout the Commonwealth, including the County of Chesterfield, Virginia.

2. As owner and operator of said retail stores, places of business to which the general public is invited, it is and was the duty of the defendant, its agents, and employees, to maintain their premises in a reasonably safe condition; to make reasonable inspections and to warn the public of any defects known, or which should have been known, to its agents, and employees by the exercise of reasonable care.

3. Notwithstanding said duties, the defendant permitted a large hole in its parking lot to exist and become dangerous for pedestrians using the same. Defendant allowed said parking lot to remain in said dangerous condition, despite the fact it knew or in exercise of reasonable care should have known of said condition. Said condition was not readily

discernible to plaintiff exited her vehicle and was walking through the parking lot, and defendant failed to warn of the existence of such dangerous condition.

4. On or about November 9th, 2022, Willette Crenshaw exited her vehicle and was walking in the parking lot of the Walmart Store #1524 and stepped into a hole in the parking lot of Walmart Store #1524, causing Willette Crenshaw to fall to the ground hitting her head on the pavement.

5. As a proximate result of carelessness and negligence of Walmart Stores as aforesaid Plaintiff Willette Crenshaw fell and sustained serious injuries; Plaintiff has suffered and will continue to suffer pain of body and mind, has incurred and has been permanently disabled; and has been and in the future will be hindered from attending to her business and personal affairs.

**WHEREFORE**, Plaintiff demands judgement against the Defendant in the sums of THREE HUNDRED THOUSAND AND NO/100 DOLLARS [$300,000.00] and HER cost, in this behalf expended all with interest as allowed by law. **A TRIAL BY JURY IS HEREBY DEMANDED ON ALL ISSUES SO TRIABLE.**

WILLETTE CRENSHAW

By: Joseph S. Massie III
Counsel

Joseph S. Massie, III, Esq. VSB 35472
Massie Law Firm P.C.
115 N.1st Street, Suite 100
Richmond, Virginia 23219